THE PEOPLE OF THE STATE OF NEW YORK ex rel. AGNES J. TIFFANY, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

*People ex rel. Tiffany* v. *City of Buffalo*, 39 App. Div. 651, affirmed.
(Argued June 6, 1899; decided June 23, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 27, 1899, affirming a judgment in certiorari proceedings under the charter of the city of Buffalo, entered upon a decision of the court on trial at Special Term vacating and setting aside an assessment upon relator's premises.

*W. H. Cuddeback* for appellant.

*Edward E. Tanner* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

JAMES GORMAN, JR., an Infant, by HENRY B. WOODS, his Guardian ad Litem, Appellant, *v.* MARY GORMAN et al., Defendants; BERNARD WOOD et al., Respondents.

*Gorman* v. *Gorman*, 40 App. Div. 225, affirmed.
(Argued June 6, 1899; decided June 23, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 17, 1899, reversing an order of the County Court of Kings county directing purchasers at a partition sale to complete their purchase.

*Robert H. Wilson* for appellant.

*William H. Stockwell* and *E. C. Pearson* for respondents.

Order affirmed, with costs, on opinion below.
All concur.